

SEP 0 1 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)  No. 3:20-CR-___76___
v. )
)  JUDGES __Varlan/Poplin__
JOSEPH FISHER )

## INDICTMENT

### COUNT ONE
### (RECEIPT OF CHILD PORNOGRAPHY)

The Grand Jury charges that on or about November 10, 2018 through March 19, 2019, within the Eastern District of Tennessee, defendant **JOSEPH FISHER** did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT TWO
### (DISTRIBUTION OF CHILD PORNORGRAPHY)

The Grand Jury charges that on or about January 18, 2019, within the Eastern District of Tennessee, defendant **JOSEPH FISHER** did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
## (POSSESSION OF AND ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY)

The Grand Jury further charges that on or about May 2, 2019, within the Eastern District of Tennessee, defendant **JOSEPH FISHER** did knowingly possess material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: *[signature]*
JENNIFER KOLMAN
Assistant United States Attorney

2