# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): **White Pine, Jefferson County**

Defendant Information:

Juvenile _____ Yes __X__ No     Matter to be Sealed: _____ Yes __X__ No

Defendant Name: __**Joseph Fisher**__

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ____) __3__ Felony

|  | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2) – knowingly received child pornography that had been shipped or transported in or affecting interstate commerce by any means, including by computer. | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(2) – knowingly distributed child pornography that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. | 2 |
| Set 3 | 18 U.S.C. § 2252A(a)(5)(B) – knowingly possessed material which contains an image of child pornography that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. | 3 |

*(Use tab key after entering counts to create additional rows)*

|  | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>( if applicable) |
|---|---|---|---|---|
| Set 1 |  |  |  |  |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ Yes _____ Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:
Pending criminal case: No _____ Yes _____ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____    Signature of AUSA: _____

Date: September 1, 2020